**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>SCHNEIDER, BONNIE K<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-23853 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 09/09/08. The Trustee was appointed on 09/09/08. An order for relief under Chapter 7 was entered on 09/09/08.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 2/11/09 is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 5,000.30 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 4.15 |
| c. NET CASH available for distribution | $ | 4,996.15 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |

| | | |
|---|---|---:|
| 1. | Trustee compensation requested (See Exhibit E) | $ 1,250.03 |
| 2. | Trustee Expenses (See Exhibit E) | $ 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ 1,866.49 |

5. The Bar Date for filing unsecured claims expired on 01/16/09.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $ 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ 3,116.52 |
| c. | Allowed Chapter 11 Administrative Claims | $ 0.00 |
| d. | Allowed priority claims | $ 0.00 |
| e. | Allowed unsecured claims | $ 32,679.56 |

7. Trustee proposes that unsecured creditors receive a distribution of 5.75% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $1,866.49. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,116.52. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $2,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  2/11/09                                        RESPECTFULLY SUBMITTED,


By: /s/David Grochocinski
DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Schneider, Bonnie

February 06, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2008 - | DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 0.80 375.00/hr | 300.00 |
| 10/16/2008 - | DEG | Prepared initial report of assets | 0.20 375.00/hr | 75.00 |
| 12/17/2008 - | DEG | Prepared letter to R. Doerr requesting documentation relative to original purchase of vehicle to determine whether there are any capital gains due from sale of vehicle to debtor | 0.20 375.00/hr | 75.00 |
| 2/6/2009 - | DEG | Prepared final report | 2.50 375.00/hr | 937.50 |
|  | SUBTOTAL: |  | [     3.70 | 1,387.50] |

Auto

|  |  |  |  |  |
|---|---|---|---|---|
| 10/16/2008 - | DEG | Reviewed amended schedule C | 0.20 375.00/hr | 75.00 |
|  |  | Auto |  |  |
| 10/28/2008 - | DEG | Telephone conference with Doer regarding settlement on sale of auto | 0.40 375.00/hr | 150.00 |
|  |  | Auto |  |  |


EXHIBIT A

Schneider, Bonnie                                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/12/2008 - | DEG | Receipt and deposit of funds from debtor; open necessary estate accounts | 0.80 375.00/hr | 300.00 |
|  |  | Auto |  |  |
| 1/15/2009 - | DEG | Email to R. Doeer regarding original purchase price of vehicle; will prepare motion for turnover and a 2004 exam if necessary | 0.20 375.00/hr | 75.00 |
|  |  | Auto |  |  |
| 1/23/2009 - | DEG | Email from R. Doerr regarding purchase of vehicle; purchased in February, 2006 for $24,000.00 | 0.10 375.00/hr | 37.50 |
|  |  | Auto |  |  |
|  | SUBTOTAL: |  | [    1.70 | 637.50] |
|  |  | For professional services rendered | 5.40 | $2,025.00 |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 5,000.30 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 89.52 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 82,400.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08B-23853 JS  
**Case Name:** SCHNEIDER, BONNIE K  

**Period Ending:** 02/06/09

**Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 09/09/08 (f)  
**§341(a) Meeting Date:** 10/14/08  
**Claims Bar Date:** 01/16/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2357 ELM ROAD, WEST CHICAGO, IL | 197,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING/SAVINGS | 0.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 650.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS & PICTURES | 50.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 6 | MISC JEWELRY | 20.00 | 0.00 | | 0.00 | FA |
| 7 | 401 K | 30,000.00 | 0.00 | | 0.00 | FA |
| 8 | PENSIONS | 31,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2005 FORD ESCAPE | 12,000.00 | 6,420.00 | | 5,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.30 | Unknown |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$270,820.00** | **$6,420.00** | | **$5,000.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

AWAITING COMPLETION OF BAR DATE AND CLAIM REVIEW

Printed: 02/06/2009 10:55 AM    V.11.03

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08B-23853 JS
**Case Name:** SCHNEIDER, BONNIE K

**Period Ending:** 02/06/09

**Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE
**Filed (f) or Converted (c):** 09/09/08 (f)
**§341(a) Meeting Date:** 10/14/08
**Claims Bar Date:** 01/16/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 30, 2009       **Current Projected Date Of Final Report (TFR):** December 30, 2009

Printed: 02/06/2009 10:55 AM    V.11.03

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08B-23853 JS  
**Case Name:** SCHNEIDER, BONNIE K  

**Taxpayer ID #:** 35-6799480  
**Period Ending:** 02/06/09  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****99-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/08 | {9} | BONNIE SCHNEIDER | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 1,000.00 |
| 12/12/08 | {9} | BONNIE SCHNEIDER | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 2,000.00 |
| 12/12/08 | {9} | BONNIE SCHNEIDER | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 3,000.00 |
| 12/12/08 | {9} | BONNIE SCHNEIDER | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 4,000.00 |
| 12/12/08 | {9} | BONNIE SCHNEIDER | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 5,000.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 5,000.10 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.30 |
| 02/05/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #08B-23853, BOND#016026455 | 2300-000 | | 4.15 | 4,996.15 |
| | | | **ACCOUNT TOTALS** | | 5,000.30 | 4.15 | $4,996.15 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.30 | 4.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.30** | **$4.15** | |

{} Asset reference(s)

Printed: 02/06/2009 10:55 AM    V.11.03

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08B-23853 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | SCHNEIDER, BONNIE K | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****99-66 - Checking Account |
| Taxpayer ID #: | 35-6799480 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 02/06/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

```
Net Receipts :       5,000.30
                    _____
Net Estate :        $5,000.30
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****99-65 | 5,000.30 | 4.15 | 4,996.15 |
| Checking # ***-*****99-66 | 0.00 | 0.00 | 0.00 |
| | $5,000.30 | $4.15 | $4,996.15 |

{} Asset reference(s)    Printed: 02/06/2009 10:55 AM    V.11.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:
SCHNEIDER, BONNIE K

Debtor(s)

CHAPTER 7 CASE

CASE NO. 08B-23853 JS

JUDGE JOHN SQUIRES

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION</u>:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,116.52 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 1,879.63 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED</u>: | $ 4,996.15 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 3,116.52 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 1,250.03 | 1,250.03 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 1,837.50 | 1,837.50 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 28.99 | 28.99 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 32,679.56 | 5.75% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | PYOD LLC ITS SUCESSORS & ASSIGNS AS ASSIGNEE OF | 219.43 | 12.62 |
| 002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 4,087.96 | 235.13 |
| 003 | RECOVERY MGMT SYSTEMS CORP | 1,763.84 | 101.45 |
| 004 | DISCOVER BANK/DFS SERVICES LLC | 5,070.58 | 291.64 |
| 005 | FIA CARD SERVICES, NA/BANK OF AMERICA | 20,482.49 | 1,178.09 |
| 006 | CHASE BANK USA NA | 1,055.26 | 60.70 |
| | | TOTAL | $ 1,879.63 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(5) - Interest | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____         _____
                                                                        DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 1,837.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 28.99 | |
| | | | 1,866.49 |
| **Accountant for Trustee** | | | 0.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 1,866.49 | $ 1,866.49 |

1