**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>SCHNEIDER, BONNIE K<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-23853 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At: DuPage County Courthouse
    505 N. County Farm Road, Courtroom 4016
    Wheaton, Illinois 60187

    on: **April 17, 2009**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $           5,000.30

    b. Disbursements                           $                 4.15

    c. Net Cash Available for Distribution     $           4,996.15

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $1,250.03 | |

| | | |
|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $1,837.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Expenses) | 0.00 | $28.99 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $32,679.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 5.75%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | PYOD LLC ITS SUCESSORS & ASSIGNS AS ASSIGNEE OF | $ 219.43 | $ 12.62 |
| 002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | $ 4,087.96 | $ 235.13 |
| 003 | RECOVERY MGMT SYSTEMS CORP | $ 1,763.84 | $ 101.45 |
| 004 | DISCOVER BANK/DFS SERVICES LLC | $ 5,070.58 | $ 291.64 |
| 005 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 20,482.49 | $ 1,178.09 |
| 006 | CHASE BANK USA NA | $ 1,055.26 | $ 60.70 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.	Debtor has been discharged.

11.	The Trustee proposed to abandon the following property at the hearing: books and records of the debtor and real estate

Dated: **March 13, 2009**               For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE
Address:    1900 RAVINIA PLACE
            ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE:<br>SCHNEIDER, BONNIE K | CHAPTER 7 CASE |
| | CASE NO. 08B-23853 JS |
| Debtor(s) | JUDGE JOHN SQUIRES |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 1,250.03 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 1,250.03 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 1,837.50 |
| | b. Expenses | $ | 28.99 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |

3.   Other Professionals

                                        TOTAL    $    1,866.49

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

                            ENTERED  _____
                            JOHN SQUIRES
                            UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Mar 13, 2009
Case: 08-23853                Form ID: pdf002              Total Served: 19

The following entities were served by first class mail on Mar 15, 2009.
db            Bonnie Kay Schneider,   2357 Elm Rd,   West Chicago, IL  60185-1026
12592802      Bank Of America,    P.O. Box 15726,   Wilmington, DE  19886-5726
12592804      Bank Of America,    PO Box 9000,   Getzville, NY  14068-9000
12592803      Bank Of America,    PO Box 21848,   Greensboro, NC  27420-1848
13036420      Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
12592805      Chase Card Services,    P O Box 15153,   Wilmington, DE  19886-5153
12592806      Discover Card,    C/O Capital Management Services, LP,   726 Exchange St Ste 700,
               Buffalo, NY  14210-1464
13031848      FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
12592807     +Home Depot Credit Services,    Processing Center,   Des Moines, IL 50364-0001
12592801     +Law Offices Of Steven H Mevorah,    & Associates,   134 North Bloomindale Road,
               Bloomingdale, IL 60108-1017
12592808      National Magazine Exchange,    PO Box 9083,   Clearwater, FL  33758-9083
12809374      PYOD LLC its successors and assigns as assignee of,    Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12592809      Richard Krutz,   9995 50th St,   Riverside, CA  92509-3502
12592800      Schneider Bonnie Kay,    2357 Elm Rd,   West Chicago, IL  60185-1026
12592810      Sears,    PO Box 183081,   Columbus, OH  43218-3081
12592811      Sprint PCS,    C/O NCO Financial Systems,    PO Box 15740,   Wilmington, DE  19850-5740
12592812      Walmart Discover,    P O Box 960024,   Orlando, FL  32896-0024

The following entities were served by electronic transmission on Mar 14, 2009.
13017782      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 14 2009 06:58:30
               Discover Bank/DFS Services LLC,    PO Box 3025,   New Albany, OH  43054-3025
12999818     +E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2009 06:54:32
               Recovery Management Systems Corporation,    For GE Money Bank,   dba WAL-MART DISCOVER CARD,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 15, 2009**                    **Signature:**    *Joseph Speetjens*